

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE ~~NEW~~ YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Joseph V. Martino**
*Special Assistant Corporation Counsel*
Office: (212) 356-0878

**MEMORANDUM ENDORSED**

October 21, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2025

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *G.S., et al. v. N.Y.C. Dep't of Educ.,* 25-cv-5818 (GHW)(VF)

Dear Judge Woods:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

    Defendant writes to respectfully request an extension of time to respond to the Complaint, from October 22, 2025 to November 5, 2025 and an adjournment *Sine Dine* of the Initial Pretrial Conference currently scheduled for Friday, October 24, 2025 at 4:00 pm. Plaintiff consents to these requests. This is Defendant's second request for an extension of time to respond to the Complaint. This is the first request by the parties for an adjournment. Defendants apologizes to the Court for this late request being made today.

    Since Defendant's last submission, Defendant's internal settlement review process is nearing completion. Defendant intends to make made an offer of settlement to Plaintiff in the next two weeks. The parties remain hopeful that this matter can be resolved without further burdening the Court.

    Therefore, Defendant respectfully requests that their time to respond to the Complaint be extended to November 5, 2025 and that the Court adjourn the Initial Pretrial Conference and attendant Case Management Plan and proposed Scheduling Order, *Sine Dine*.

    Thank you for considering this request.

                        Respectfully submitted,
                        */s/ Joseph V. Martino*
                        Joseph V. Martino, Esq.
                        Special Assistant Corporation Counsel

2

cc:   Adam Dayan, Esq. (via ECF)

Application granted.  The deadline for Defendant to respond to the complaint is extended to November 5, 2025. The initial pretrial conference scheduled for October 24, 2025 is adjourned to November 12, 2025 at 4:00 p.m.

SO ORDERED.
Dated:  October 21, 2025
New York, New York

GREGORY H. WOODS
United States District Judge

2