

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Joseph V. Martino<br>*Special Assistant Corporation Counsel*<br>Office: (212) 356-0878 |

November 6, 2025

**MEMORANDUM ENDORSED**

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
00 Foley Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/06/2025
```

   Re: *G.S., et al. v. N.Y.C. Dep't of Educ.,* 25-cv-5818 (GHW)(VF)

Dear Judge Woods:

  I am a Special Assistant Corporation Counsel in the Office of the Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

  I write pursuant to the Court order dated October 21, 2024 (ECF No. 13), to respectfully request a two (2) week adjournment of the Initial Pretrial Conference currently scheduled for Wednesday, November 12, 2024 at 4:00 pm, as well as the date for submission of the attendant Case Management Plan and proposed Scheduling Order. Plaintiff consents to this request. This is the second request for an adjournment. The Court should note the Defendants Answer was submitted on November 5, 2025.

  Settlement discussions between the parties are ongoing. The Plaintiffs are considering Defendant's last offer. The parties are hopeful that the requested adjournment will allow the parties to avoid Court intervention, and ideally result in a settlement of this case without burdening the parties and the Court with a conference or motion practice.

  Accordingly, Defendant respectfully requests that the Court adjourn the Initial Pretrial Conference and attendant Case Management Plan and proposed Scheduling Order for two weeks.

  Thank you for considering this request.

Application granted. The conference scheduled for November 12, 2025 is adjourned to December 4, 2025 at 3:00 p.m. The parties' submissions are due November 27, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.
Dated: November 6, 2025
New York, New York

   */s/ Gregory H. Woods*
   GREGORY H. WOODS
   United States District Judge

Respectfully submitted,

/s/
Joseph V. Martino
Special Assistant Corporation Counsel

cc: Adam Dayan, Esq. (via ECF)